**THE HONORABLE BRIAN D. LYNCH**
**CHAPTER 13**
**HEARING DATE: November 6, 2019**
**HEARING TIME: 1:30 P.M.**
**LOCATION: Tacoma, Washington**
**RESPONSE DATE: October 30, 2019**

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No.: 16-40965-BDL |
| JULIE DIANE QUINTANILLA and WILLIAM ANDREW QUINTANILLA,  Debtors. | NOTICE OF AND MOTION FOR DISMISSAL PURSUANT TO 11 U.S.C. § 1307(c) |

## **NOTICE**

**YOU ARE HEREBY NOTIFIED** that a hearing on Trustee's Motion to Dismiss will be heard before the Honorable Brian D. Lynch at **1:30 P.M. on November 6, 2019**, at the U.S. Bankruptcy Courthouse, 1717 Pacific Avenue, Courtroom I, Tacoma, WA 98402.

**IF YOU OPPOSE** this motion, you must file your written response with the Court Clerk and deliver copies on the undersigned and all interested parties, NOT LATER THAN THE RESPONSE DATE, which is **October 30, 2019**. You should also appear at the time of

NOTICE AND MOTION FOR DISMISSAL  - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

hearing. If you fail to do so, the Court may enter an order granting the motion without any hearing and without further notice.

## **MOTION**

**COMES NOW**, Michael G. Malaier, the Chapter 13 Trustee and alleges as follows:

1. Debtors filed this case on **March 9, 2016**. The case was confirmed by order of the Court on **May 27, 2016**. A modified plan was filed on September 26, 2016, which was approved by order of the Court on October 24, 2016.

2. Pursuant to the modified plan, Debtors are required to make plan payments of **$180.00 every two weeks**. Debtors are presently delinquent in plan payments in the amount of **$1,011.13**, supported by the Declaration filed herewith.

3. In addition, Debtors have failed to provide their 2016, 2017, and 2018 tax returns to the Trustee.

4. Debtors have defaulted under the terms of the Plan as follows: § 1307(c)(1) unreasonable delay by the debtor that is prejudicial to the creditors, § 1307(c)(6) failure to remit plan payments.

**WHEREFORE** the Trustee prays that this case be dismissed and closed.

**DATED** this 27th day of September, 2019 at Tacoma, Washington.

/s/ Matthew J.P. Johnson
Matthew J.P. Johnson, WSBA# 40476 for
Michael G. Malaier, Chapter 13 Trustee

NOTICE AND MOTION FOR DISMISSAL    - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600