# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:

JULIE DIANE QUINTANILLA AND

WILLIAM ANDREW QUINTANILLA,

Debtors.

Case No. 16-40965-BDL

CERTIFICATE OF MAILING

I, Danielle Berger, certify under penalty of perjury under the laws of the United States that on September 27, 2019, I caused to be mailed via first class mail a true and correct copy of the Motion to Dismiss to the following:

JULIE DIANE QUINTANILLA
WILLIAM ANDREW QUINTANILLA
912 FIRST
HOQUIAM, WA  98550

PUGET SOUND COLLECTIONS
ATTN: JANICE WHITE
PO BOX 3011
TACOMA, WA 98401-3011

The following parties received notice of the Motion to Dismiss via ECF:

BROWN & SEELYE PLLC
UNITED STATES TRUSTEE

Executed at Tacoma, Washington this 27th day of September, 2019.

/s/ Danielle Berger
Danielle Berger, for
Michael G. Malaier
Chapter 13 Standing Trustee

CERTIFICATE OF MAILING - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600