Entered on Docket December 19, 2019

Below is the Order of the Court.



_____
Brian D. Lynch
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

___

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>JULIE DIANE QUINTANILLA and<br>WILLIAM ANDREW<br>QUINTANILLA,<br><br>Debtors. | Case No.: 16-40965-BDL<br><br>STRICT COMPLIANCE ORDER ON TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE |

### AGREED ORDER

**THIS MATTER** having been set for hearing before the above Court upon the Trustee's Motion to Dismiss, the Chapter 13 Standing Trustee, Michael G. Malaier, by and through his attorney, Matthew J.P. Johnson, and Debtors, by and through their attorney, Ellen Brown, having come to an agreement, the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. Debtors will resume plan payments of $390.00 per month (the "Regular Payment");

STRICT COMPLIANCE ORDER ON TRUSTEE'S
MOTION TO DISMISS CHAPTER 13 CASE - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

2. Debtors will pay $216.86, minimum, per month cure payments until the arrears of $1301.13 are cured (the "Cure Payment");

3. Debtors will provide Trustee with copies of the 2016, 2017, and 2018 tax returns on or before December 31, 2019;

4. If Debtors fail to make the Regular Payment as it comes due for six months from the date of this order, or the Cure Payment as required by paragraph 2, or provide the tax returns as required by paragraph 3, Trustee shall send Debtors and Debtors' attorney a notice of failure to comply setting forth the default under this order. If Debtors fail to cure the default in the notice within ten (10) days of the mailing date of the notice, Trustee may submit an *ex parte* order of dismissal to the Court and the Court may dismiss the case without further notice or hearing;

5. The Trustee shall be required to send notice of default to the Debtors, as noted above, no more than one time. Upon the second default under the terms of this order, the Trustee may submit an *ex parte* order of dismissal to the Court and the Court may dismiss this case without further notice or hearing;

STRICT COMPLIANCE ORDER ON TRUSTEE'S
MOTION TO DISMISS CHAPTER 13 CASE - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

6. This Strict Compliance order resolves the Trustee's Motion to Dismiss originally set for hearing on December 18, 2019.

///End of Order///

Presented by/Stipulated to:

*[signature]*

Matthew J.P. Johnson, WSBA# 40476 for
Michael G. Malaier, Chapter 13 Trustee

Stipulated to/Notice of Presentment waived by:

*[signature]*

Ellen Brown, WSBA #27992
Attorney for Debtors

STRICT COMPLIANCE ORDER ON TRUSTEE'S
MOTION TO DISMISS CHAPTER 13 CASE - 3

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600