# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No.: 16-40965-BDL |
| JULIE DIANE QUINTANILLA and WILLIAM ANDREW QUINTANILLA, | EX PARTE ORDER DISMISSING CHAPTER 13 CASE |
| Debtors. | |

**THIS MATTER** having come on for hearing before the above entitled Court on December 18, 2019, upon the Trustee's Motion to Dismiss (ECF No. 29). The Court having entered an Agreed Strict Compliance Order on December 19, 2019 (ECF No. 31) which ordered the Debtors to resolve the issues raised in the Trustee's Motion to Dismiss. Said issues have not been resolved. The Court having reviewed the record, the pleadings filed in this case in support of the *ex parte* Order Dismissing and otherwise being fully advised, it is hereby

**ORDERED** that any funds being held by the Trustee shall be applied to the filing fee, with any remaining balance returned to the Debtors; it is further

EX PARTE ORDER DISMISSING CASE  - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

**ORDERED** that upon dismissal or conversion, any refund shall be payable to the Debtors and may be forwarded to the Debtors though the attorney's office per 11 U.S.C. 349(b)(3); it is further

**ORDERED** that the above-captioned case be dismissed effective on the date of this Order and the Trustee is directed to administratively close this case and issue Trustee's Final Report to creditors.

///End of Order///

Presented by:

*[signature]*

Matthew J.P. Johnson, WSBA# 40476 for
Michael G. Malaier, Chapter 13 Trustee

EX PARTE ORDER DISMISSING CASE   - 2